# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

REPRESENTATIVE CLASS PLAINTIFFS:
*on behalf of themselves and others so situated as*
*putative class members,*

Case No.1:18-cv-01387T (CFL)

John W. Barry, Karrine N. Montaque, Moses
Nelson, Joel Adeyemi Omotosho, Julio Ruiz,
Patricia Hinds, Elba M. Viera Lopez, Carl
McBean, RoseMarie M. Lastimado-Dradi, Elvah
Bliss Miranda, Daniel B. Miranda,
Marciaminajuanequita R. T. Dumlao, Rosalie O.
Libanag, Rodrigo B. Libanag, Hannah K. Heart,
Brigida E. Chock, Michael T. Chock, Leoncio
Bautista, Scott F, Hawver, Beverly Braumuller-
Hawver, Paul K. Meyer, Eurich Z. Griffin, III,
Barbara W. Griffin, Rose Ann Flor, McKinley
Lewis, Annette Torruellas, Sheryl Tinoco,
Radames Rodriguez, Jeannette Delgado, Aaron
Aqueron, Benedicta Sison, Betty Ananyo, Rafael
Ramos, Ada De La Cruz, Hector Mendez, Miriam
Mendez, Jose Valez, Magdelena Nieves, Juanito
Estrada, among others similarly situated,

*Unincorporated Natural Persons Standing in*
*Propria Persona Sui Juris,*

-against-

UNITED STATES, UNITED STATES
DEPARTMENT OF THE TREASURY, STEVEN
MNUCHIN, SECRETARY, COMMISSIONER
OF THE INTERNAL REVENUE SERVICE,
JOHN KOSKINEN, UNITED STATES
DEPARTMENT OF JUSTICE ACTING
ATTORNEY GENERAL DAVID A. HUBBERT,
UNITED STATED ATTORNEY GENERAL,
JEFFERSON B. SESSIONS, UNITED STATES
DEPARTMENT OF JUSTICE TRIAL
ATTORNEY BRADLEY A. SARNELL,
UNITED STATES DEPARTMENT OF JUSTICE
TRIAL ATTORNEY SARAH T. MAYHEW,
UNITED STATES DEPARTMENT OF JUSTICE
TRIAL ATTORNEY LAQUITA TAYLOR-

**MOTION TO CLAIM
AND EXERCISE
CONSTITUTIONALLY
SECURED RIGHTS
AND REQUIRE THE
PRESIDING JUDGE
TO RULE UPON THIS MOTION
AND COMPEL ALL PUBLIC
OFFICERS OF THIS COURT TO
UPHOLD SAID RIGHTS
PURSUANT TO THEIR OATHS
TO THE CONSTITUTION
FOR THE
UNITED STATES OF AMERICA**

November 19, 2018

Received - USCFC

NOV 2 1 2018

PHILLIPS, I.R.S. ACCOUNTING OPERATIONS
MANAGER BENJAMIN F. RAY, I.R.S. FIELD
AGENT SARAH DAVIDSON, I.RS. REVENUE
OFFICER JOHN SHATRAW, I.RS. REVENUE
OFFICER JAMES GREENWAY, I.R.S., I.R.S.
REVENUE OFFICER COLIN P. KELLY, I.R.S.
REVENUE OFFICER KENNETH O. JUSTICE,
I.R.S. REVENUE OFFICER R.A. MITCHEL,
I.R.S. REVENUE OFFICER MICHAEL W. COX,
I.R.S. REVENUE OFFICER ELBA Y.
PORRATA-DORIA, I.R.S. REVENUE OFFICER
BART BRELLENTHIN, I.R.S. REVENUE
OFFICER K. COLT, I.R.S. REVENUE OFFICER
DEBORAH JAMES, I.R.S. REVENUE OFFICER
CYNTHIA D. SPRY, I.R.S. REVENUE
OFFICER NEIL CASEY, I.R.S. REVENUE
OFFICER JAMES BECK, I.R.S. SUPERVISORY
FIELD AGENT DAVID SMITH, I.R.S.
ADVISORY GROUP AGENT LASONIA
KIMES, I.R.S. ADVISORY GROUP MANAGER
L. DUNN, I.R.S. ADVISORY GROUP
MANAGER LISA MORRISON, I.R.S.
DIRECTOR OF SPECIALTY COLLECTIONS
CHERYL CORDERO, I.R.S. OPERATIONS
MANAGER FOR COLLECTIONS SHERRI
HOLCOMB, I.R.S. OPERATIONS MANAGER
TONYA WILLIAMS-WALLACE, I.R.S.
GENERAL ATTORNEY JAMES P. CALIGURE,
I.R.S. ASSOCIATE AREA COUNSEL MONICA
E. KOCH, I.R.S. TERRITORY MANAGER
PAUL G. ALVARADO, ALCOHOL TOBACCO
& FIREARMS CRIMINAL INVESTIGATIONS
DIVISION OFFICER DAVID FERS, ALCOHOL
TOBACCO & FIREARMS CRIMINAL
INVESTIGATIONS DIVISION OFFICER                          November 19, 2018
MARK MACPHERSON, ALCOHOL TOBACCO
& FIREARMS CRIMINAL INVESTIGATIONS
DIVISION OFFICER KELLY MAEDA,
ALCOHOL TOBACCO & FIREARMS
CRIMINAL INVESTIGATIONS DIVISION
OFFICER RYAN SPENCER, DEPARTMENT
OF THE TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION OFFICER
CHRISTOPHER J. GUST, I.R.S. RICS/IVO
PROGRAM MANAGER CHRISTINE L. DAVIS,
I.R.S. DISCLOSURE SPECIALIST SUMMER A.

SUTHERLAND, UNITED STATES
BANKRUPTCY TRUSTEE ROBERTA
NAPOLITANO, UNITED STATES
BANKRUPTCY TRUSTEE ELIZABETH A.
KANE, AND UNKNOWN OTHER JOHN
"DOES" AND JANE "ROES" WHO ARE
DEPARTMENT OF JUSTICE ATTORNEYS,
TREASURY SPECIAL AGENTS OR I.R.S.          November 19, 2018
OFFICERS, EMPLOYEES, TREASURY
AGENTS AND OTHER UNKNOWN STATE
ACTORS 1 THROUGH 100; (*All parties acting as
Agents, Attorneys or employees on behalf of the
Government are all being sued in their individual
capacities*) ET. AL.,

                    Defendant(s).

---

## TO THE HONORABLE CHARLES F. LETTOW:

**COMES NOW,** by Special Appearance, Plaintiff **John W. Barry**, standing *in propria persona sui juris*, a living, breathing, natural man on the land, and an American Citizen, who claims and exercises all of her inherent, unlimited, unalienable constitutionally guaranteed natural rights, with her name properly and lawfully spelled only in upper and lower case letters, and who respectfully moves this Court, pursuant to Oaths sworn by the presiding judge and opposing Counsel as follows:

1. To acknowledge and act in accordance with a United States Federal Court ruling, to wit: "The claim and exercise of a Constitutional Right cannot be converted into a crime." (Miller v. U.S., 230 F. 2nd 286, 489);

2. To honor, uphold and abide by the Oaths taken by the presiding judge and opposing Counsel, pursuant to the Constitution for the united states of America, *circa* 1787, as amended in 1791 with the Bill of Rights, in particular, Article VI, Clause 2 & 3, and the State Constitution of **Connecticut** in this matter;

3.  To ensure and provide due process of law, pursuant to the First, Fourth, Fifth, Sixth, Seventh, Ninth and Fourteenth Amendments of the united states Constitution for North America as referenced herein, and pursuant to similar sections of the New Jersey State Constitution, and as required by the aforementioned Oaths taken by the presiding judge and opposing Counsel in this matter.

4.  To provide equal protection under the law, as required by the national and state Constitutions and pursuant to the referenced Oaths;

5.  To respect, protect and uphold the inherent Rights of **John W. Barry** in this matter, an American Citizen, and living, breathing natural man on the land, whose Rights are guaranteed in the national and state Constitutions, pursuant to the within referenced Oaths;

6.  To acknowledge and uphold the within referenced national Constitution as the Supreme Law of this Court, in this matter, pursuant to the mandate in the within reference Article VI, Clauses 2 & 3;

7.  To acknowledge and so rule that any Court and/or judge which denies Plaintiff the ability to present evidence to support his claims, and obtain discovery to validate or invalidate a purported claim, in any hearing or trial, is a denial of due process and equal protection of the law, and is in effect an act of perjury of Oath on the part of the judge, and renders the Court constitutionally defective, incompetent, and without jurisdiction;

8.  To acknowledge and so rule that neither this Court, nor any other Court, or any judge has jurisdiction over, or can issue a Court Order against an American Citizen if that Court and/or judge: (a) do(es) not provide due process of law; (b) do(es) not provide equal protection under the law; (c) do(es) not respect and uphold the constitutionally secured

Rights of American Citizens, and in the instant action, the Rights of **John W. Barry**, and American Citizen, pursuant to the Rights guaranteed in the within reference Constitutions; (d) act(s) with sufficient force so as to deny the powers of the within referenced Constitutions.

9.  To acknowledge and uphold the fact that any act, action or ruling which opposes and violates the united states Constitution and New Jersey State Constitution in any way is a nullity, without lawful force and effect, whatsoever.

10. To acknowledge the fact that **NO** Public Officer, pursuant to his/her Oath and the constitutional mandates imposed upon him/her by and through his/her Oath, has the constitutional authority, or any other valid, lawful authority, to oppose the very documents to which he/she swore or affirmed his/her Oath to be beholden to. Any action of any nature, whatsoever, that opposes the Constitutions of these united states of America and New Jersey State, is null and void, *ab initio*.

**WHEREFORE**, Plaintiff **John W. Barry**, respectfully moves this Court for an Order granting this Motion to Claim and Exercise his Constitutionally Secured Rights and Require the Presiding Judge and Compel All Public Officers of this Court to Uphold Said Rights Pursuant to Their Oaths to the Constitution for these united states of America, and for such other and further relief as to the Court seems just and proper.

Date: November 19, 2018.
 Burlington County, New Jersey State Republic.

Respectfully,

_____
John W. Barry
232 Amherst Avenue
Pemberton, New Jersey State Republic
Non-Domestic [08068]

CERTIFICATE OF SERVICE

I, John Barry, hereby certify that on November 19, 2018 I sent a true and correct copy of

the foregoing Declaration Statement via first class United States Postal Service Mail to the

following party(s):

KATHERINE R. POWERS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

_____
John W. Barry

FROM:

J Barry
232 Amherst Ave
Pemberton NJ 08068



U.S. POSTAGE PAID
PC PKG STL
PEMBERTON, NJ
08068
NOV 19, 18
AMOUNT
$8.70
1025    20005-7700    R2305M144283-12

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7018 0040 0000 5723 7677

RECEIVED
NOV 21 2018
CLERK
U.S. COURT OF FEDERAL CLAIMS

TO:

U.S Court of Federal Claims
Office of the Clerk
717 Madison PL NW
Washington, DC 20005.

**Photo Document Mailer**
9 3/4" x 12 1/4"

