Filed by leave of the Judge

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

REPRESENTATIVE CLASS PLAINTIFFS:
*on behalf of themselves and others so situated as putative class members,*

John W. Barry, Karrine N. Montaque, Moses Nelson, Joel Adeyemi Omotosho, Julio Ruiz, Patricia Hinds, Elba M. Viera Lopez, Carl McBean, RoseMarie M. Lastimado-Dradi, Elvah Bliss Miranda, Daniel B. Miranda, Marciaminajuanequita R. T. Dumlao, Rosalie O, Libanag, Rodrigo B. Libanag, Hannah K. Heart, Brigida E. Chock, Michael T. Chock, Leoncio Bautista, Scott F, Hawver, Beverly Braumuller-Hawver, Paul K. Meyer, Eurich Z. Griffin, III, Barbara W. Griffin, Rose Ann Flor,  McKinley Lewis, Barbara L Gasich, Annette Torruellas, Sheryl Tinoco, Radames Rodriguez, Jeannette Delgado, Aaron Aqueron,  Benedicta Sison, Betty Ananyo, Rafael Ramos, Ada De La Cruz, Hector Mendez, Miriam Mendez, Donnie Mendez, Mark Goolsby, Jose Valez, Magdelena Nieves, Juanito Estrada, among others similarly situated,

*Unincorporated Natural Persons Standing in Propria Persona Sui Juris,*

-against-

UNITED STATES, UNITED STATES DEPARTMENT OF THE TREASURY, STEVEN MNUCHIN, SECRETARY, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, JOHN KOSKINEN, UNITED STATES DEPARTMENT OF JUSTICE ACTING ATTORNEY GENERAL DAVID A. HUBBERT, UNITED STATED ATTORNEY GENERAL, JEFFERSON B. SESSIONS, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY BRADLEY A. SARNELL, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY SARAH T. MAYHEW, UNITED STATES DEPARTMENT OF JUSTICE

Case No.1:18-cv-01387T (CFL)

**PLAINTIFF**
**Paul K. Meyer**
**DECLARATION STATEMENT**
**WITH OFFER OF PROOF**
**AND REDACTED EXHIBITS**

November 19, 2018

Received - USCFC

NOV 26 2018



TRIAL ATTORNEY LAQUITA TAYLOR-
PHILLIPS, I.R.S. ACCOUNTING OPERATIONS
MANAGER BENJAMIN F. RAY, I.R.S. FIELD
AGENT SARAH DAVIDSON, I.RS. REVENUE
OFFICER JOHN SHATRAW, I.RS. REVENUE
OFFICER JAMES GREENWAY, I.R.S., I.R.S.
REVENUE OFFICER COLIN P. KELLY, I.R.S.
REVENUE OFFICER KENNETH O. JUSTICE,
I.R.S. REVENUE OFFICER R.A. MITCHEL,
I.R.S. REVENUE OFFICER MICHAEL W. COX,
I.R.S. REVENUE OFFICER ELBA Y.
PORRATA-DORIA, I.R.S. REVENUE OFFICER
BART BRELLENTHIN, I.R.S. REVENUE
OFFICER K. COLT, I.R.S. REVENUE OFFICER
DEBORAH JAMES, I.R.S. REVENUE OFFICER
CYNTHIA D. SPRY, I.R.S. REVENUE
OFFICER NEIL CASEY, I.R.S. REVENUE
OFFICER JAMES BECK, I.R.S. SUPERVISORY
FIELD AGENT DAVID SMITH, I.R.S.
ADVISORY GROUP AGENT LASONIA
KIMES, I.R.S. ADVISORY GROUP MANAGER
L. DUNN, I.R.S. ADVISORY GROUP
MANAGER LISA MORRISON, I.R.S.
DIRECTOR OF SPECIALTY COLLECTIONS
CHERYL CORDERO, I.R.S. OPERATIONS
MANAGER FOR COLLECTIONS SHERRI
HOLCOMB, I.R.S. OPERATIONS MANAGER
TONYA WILLIAMS-WALLACE, I.R.S.
GENERAL ATTORNEY JAMES P. CALIGURE,
I.R.S. ASSOCIATE AREA COUNSEL MONICA
E. KOCH, I.R.S. TERRITORY MANAGER
PAUL G. ALVARADO, ALCOHOL TOBACCO
& FIREARMS CRIMINAL INVESTIGATIONS
DIVISION OFFICER DAVID FERS, ALCOHOL
TOBACCO & FIREARMS CRIMINAL
INVESTIGATIONS DIVISION OFFICER
MARK MACPHERSON, ALCOHOL TOBACCO
& FIREARMS CRIMINAL INVESTIGATIONS
DIVISION OFFICER KELLY MAEDA,
ALCOHOL TOBACCO & FIREARMS
CRIMINAL INVESTIGATIONS DIVISION
OFFICER RYAN SPENCER, DEPARTMENT
OF THE TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION OFFICER
CHRISTOPHER J. GUST, I.R.S. RICS/IVO
PROGRAM MANAGER CHRISTINE L. DAVIS,

I.R.S. DISCLOSURE SPECIALIST SUMMER A.
SUTHERLAND, UNITED STATES
BANKRUPTCY TRUSTEE ROBERTA
NAPOLITANO, UNITED STATES
BANKRUPTCY TRUSTEE ELIZABETH A.
KANE, AND UNKNOWN OTHER JOHN
"DOES" AND JANE "ROES" WHO ARE
DEPARTMENT OF JUSTICE ATTORNEYS,
TREASURY SPECIAL AGENTS OR I.R.S.
OFFICERS, EMPLOYEES, TREASURY
AGENTS AND OTHER UNKNOWN STATE
ACTORS 1 THROUGH 100; (*All parties acting as
Agents, Attorneys or employees on behalf of the
Government are all being sued in their individual
capacities*) ET. AL.,

                    Defendant(s).

---

## TO THE HONORABLE CHARLES F. LETTOW:

With all due respect to the Court, Plaintiff **Paul K. Meyer Living breathing human being**, hereby submits this Declaration Statement together with my Declaration in Support of the Civil R.I.C.O. Complaint for Agency Review and corresponding Offer of Proof with Redacted Exhibits in order to be in compliance with the Court's requirement that the Plaintiffs file a proper Complaint with redactions of personal information so that the Complaint can be posted on the Court's Docket as a public record.

Plaintiffs are in agreement with Defendant(s) Attorney Katherine R. Powers Motion filed in this Court on October 3, 2018 to have Plaintiffs file a proper Redacted version of the Civil R.I.C.O. Complaint for Agency Review filed by the Party Plaintiffs named herein, and I am hereby submitting this Declaration Statement together with my Declaration in Support of the Civil R.I.C.O. Complaint for Agency Review and Offer of Proof with my Redacted Exhibits to be included within the 2nd Amended Civil R.I.C.O. Complaint duly filed into the Court Record on November 9, 2018. (See copy Defendant's Attorney Katherine R. Powers Motion for filing a proper Complaint dated October 3, 2018).

Your Honor, please be so kind to direct the Clerk of the Court to file this Declaration Statement together with my Offer of Proof and Redacted Exhibits into the already recorded 2nd Amended Civil R.I.C.O. Complaint for Agency Review as part of the Court Record for that

particular version of the Complaint so that the Record and the filing thereof will be in compliance with the rules of the Court and the Motion filed by the Defendant's Attorney, Katherine R. Powers.

Respectfully,

Paul K. Meyer
P.O. BOX 1308
Kilauea HI
[96754] Non-Domestic

CERTIFICATE OF SERVICE

     i, Living Breathing Human Being **Paul K. Meyer** hereby certify that on

November 19, 2018 i sent a true and correct copy of the foregoing Declaration Statement via first

class United States Postal Service Mail to the following party(s):

KATHERINE R. POWERS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

                                       Paul K. Meyer
                         Living Breathing Human Being
                          November 19, 2018

US TAX COURT
RECEIVED

SEP 6 2018
10:10 PM

JRN



US TAX COURT
eFILED

SEP 6 2018

PAUL KEVIN MEYER & LEYEN LASCONIA MEYER,
          Petitioners,

                                    ELECTRONICALLY FILED

          v.                        Docket No.   13710-18

COMMISSIONER OF INTERNAL REVENUE,
          Respondent


# RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION

UNITED STATES TAX COURT

| | |
|---|---|
| PAUL KEVIN MEYER and<br>LEYEN LASCONIA MEYER,<br><br>     Petitioners,<br><br> v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>     Respondent. | )<br>)<br>)<br>)<br>)<br>) Docket No. 13710-18<br>)<br>) Filed Electronically<br>)<br>) |

## MOTION TO DISMISS FOR LACK OF JURISDICTION

RESPONDENT MOVES that this case be dismissed for lack of
jurisdiction upon the ground that no statutory notice of
deficiency, as authorized by I.R.C. § 6212 and required by
I.R.C. § 6213(a) to form the basis for a timely petition to this
Court, has been sent to petitioners with respect to taxable
years 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,
2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, and 2017, nor
has respondent made any other determination to form the basis
for a timely petition to this Court with respect to petitioners'
taxable years 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, and 2017
that would confer jurisdiction on this Court.

Docket No. 13710-18          - 2 -

IN SUPPORT THEREOF, respondent respectfully states:

1.  The petition was filed with the Tax Court on July 12, 2018, alleging a notice of deficiency, or notice of determination concerning collection action, was not received by petitioners for taxable years 2000 through 2017.  No documents were attached to the copy of the petition served on respondent.

2.  Petitioners seek a redetermination of alleged deficiencies determined by respondent, or a determination concerning collection action, for the taxable years 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, and 2017.  No document was attached to the copy of the petition served on respondent as the notice of deficiency, or notice of determination, for the taxable years 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, and 2017.

3.  Respondent has diligently searched his records and contacted I.R.S. personnel in an attempt to determine whether a notice of deficiency, or notice of determination, was issued for petitioners' taxable years 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, and 2017.  Based on said diligent search, and based on a review of respondent's records kept in the ordinary course of business when respondent issues and mails a notice of deficiency

Docket No. 13710-18          - 3 -

to a specific taxpayer, there is no record, information, or

other evidence indicating that a notice of deficiency authorized

by I.R.C. § 6212, or notice of determination concerning

collection action under I.R.C. §§ 6320 and/or 6330, was mailed

to petitioners to form the basis for a timely petition to this

Court with respect to the taxable years 2000, 2001, 2002, 2003,

2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,

2014, 2015, 2016, and 2017.

4.  Accordingly, respondent has determined, based upon the

foregoing, that no notice of deficiency sufficient to confer

jurisdiction on the Court pursuant to I.R.C. §§ 6212 and

6213(a), and that no notice of determination concerning

collection action sufficient to confer jurisdiction on the Court

pursuant to I.R.C. § 6330(d), has been sent to petitioners to

form the basis for a timely petition to this Court with respect

to the taxable years 2000, 2001, 2002, 2003, 2004, 2005, 2006,

2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, and

2017.

5.  Respondent has further determined based upon the

above-described diligent search that no other determination has

been made by respondent that would confer jurisdiction upon this

Court.

Docket No. 13710-18          - 4 -

6.   Petitioners have neither produced, nor otherwise demonstrated, that a notice of deficiency or other determination sufficient to confer jurisdiction on this Court was mailed to petitioners as required by I.R.C. § 6213(a) and Tax Court Rule 34(b), or other applicable provisions of the Internal Revenue Code or Rules of this Court.

7.   Respondent attempted to contact petitioners via telephone regarding whether petitioners object to the granting of this motion, but petitioners have not yet replied as of the filing of the motion.

Docket No. 13710-18                - 5 -

      WHEREFORE, respondent requests that this motion be granted.

                          WILLIAM M. PAUL
                          Acting Chief Counsel
                          Internal Revenue Service


Date: **SEP 6 2018**         BY:
                          D. ANTHONY ABERNATHY
                          Attorney
                          (Small Business/Self-Employed)
                          Tax Court Bar No. AD0238
                          PJKK Federal Building
                          Room 7-121, Box 50168
                          300 Ala Moana Boulevard
                          Honolulu, HI  96850-4992
                          Telephone:  (808) 566-2711


OF COUNSEL:
BRUCE K. MENEELY
Division Counsel
(Small Business/Self-Employed)
KATHRYN A. MEYER
Area Counsel
(Small Business/Self-Employed:Area 7)
TRENT D. USITALO
Associate Area Counsel (San Francisco, Group 2)
(Small Business/Self-Employed)