# In the United States Court of Federal Claims

No. 18-1387T

(Filed: January 22, 2019)

| | )|
|---|---|
| JOHN W. BARRY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On January 7, 2019, the Clerk's office received two proffered submissions, both styled "Motion for Entry of Default Judgment," from Rosalie O. Libanag and Julio Ruiz. Neither was filed primarily because the motions were not signed. The submissions were provided to the assigned judge for disposition.

Given the unsigned nature of the two submissions, they shall be returned to the submitting parties, unfiled.

It is so ORDERED.

_____
Charles F. Lettow
Senior Judge