# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

REPRESENTATIVE CLASS PLAINTIFFS:
*on behalf of themselves and others so situated as putative class members,*

Case No.1:18-cv-01387T (CFL)

John W. Barry, Karrine N. Montaque, Moses Nelson, Joel Adeyemi Omotosho, Julio Ruiz, Patricia Hinds, Elba M. Viera Lopez, Carl McBean, RoseMarie M. Lastimado-Dradi, Elvah Bliss Miranda, Daniel B. Miranda, Marciaminajuanequita R. T. Dumlao, Rosalie O, Libanag, Rodrigo B. Libanag, Hannah K. Heart, Brigida E. Chock, Michael T. Chock, Leoncio Bautista, Scott F, Hawver, Beverly Braumuller-Hawver, Paul K. Meyer, Carl McBean, Eurich Z. Griffin, III, Barbara W. Griffin, Rose Ann Flor, McKinley Lewis, Annette Torruellas, Sheryl Tinoco, Barbara L. Gasich, Radames Rodriguez, Jeannette Delgado, Aaron Aqueron, Benedicta Sison, Betty Ananyo, Rafael Ramos, Ada De La Cruz, Hector Mendez, Miriam Mendez, Donnie Mendez, Mark Goolsby, Jose Valez, Maggie Nieves, Juanito Estrada, among others similarly situated,

*Unincorporated Natural Persons Standing in Propria Persona Sui Juris,*

**PLAINTIFF(S) NOTICE OF COMPLIANCE WITH FILING FULLY REDACTED EXHIBITS FOR VERIFIED CIVIL R.I.C.O. COMPLAINT FOR AGENCY REVIEW**

-against-

UNITED STATES, UNITED STATES DEPARTMENT OF THE TREASURY, STEVEN MNUCHIN, SECRETARY, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, JOHN KOSKINEN, UNITED STATES DEPARTMENT OF JUSTICE ACTING ATTORNEY GENERAL DAVID A. HUBBERT, UNITED STATED ATTORNEY GENERAL, JEFFERSON B. SESSIONS, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY BRADLEY A. SARNELL, UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY SARAH T. MAYHEW,

JANUARY 7, 2019

RECEIVED - USCFC

JAN 22 2019

UNITED STATES DEPARTMENT OF JUSTICE
TRIAL ATTORNEY LAQUITA TAYLOR-
PHILLIPS, I.R.S. ACCOUNTING OPERATIONS
MANAGER BENJAMIN F. RAY, I.R.S. FIELD
AGENT SARAH DAVIDSON, I.RS. REVENUE
OFFICER JOHN SHATRAW, I.RS. REVENUE
OFFICER JAMES GREENWAY, I.R.S., I.R.S.
REVENUE OFFICER COLIN P. KELLY, I.R.S.
REVENUE OFFICER KENNETH O. JUSTICE,
I.R.S. REVENUE OFFICER R.A. MITCHEL,
I.R.S. REVENUE OFFICER MICHAEL W. COX,
I.R.S. REVENUE OFFICER ELBA Y.
PORRATA-DORIA, I.R.S. REVENUE OFFICER
BART BRELLENTHIN, I.R.S. REVENUE
OFFICER K. COLT, I.R.S. REVENUE OFFICER
DEBORAH JAMES, I.R.S. REVENUE OFFICER
CYNTHIA D. SPRY, I.R.S. REVENUE
OFFICER NEIL CASEY, I.R.S. REVENUE
OFFICER JAMES BECK, I.R.S. SUPERVISORY
FIELD AGENT DAVID SMITH, I.R.S.
ADVISORY GROUP AGENT LASONIA
KIMES, I.R.S. ADVISORY GROUP MANAGER
L. DUNN, I.R.S. ADVISORY GROUP
MANAGER LISA MORRISON, I.R.S.
DIRECTOR OF SPECIALTY COLLECTIONS
CHERYL CORDERO, I.R.S. OPERATIONS
MANAGER FOR COLLECTIONS SHERRI
HOLCOMB, I.R.S. OPERATIONS MANAGER
TONYA WILLIAMS-WALLACE, I.R.S.
GENERAL ATTORNEY JAMES P. CALIGURE,
I.R.S. ASSOCIATE AREA COUNSEL MONICA
E. KOCH, I.R.S. TERRITORY MANAGER
PAUL G. ALVARADO, ALCOHOL TOBACCO
& FIREARMS CRIMINAL INVESTIGATIONS
DIVISION OFFICER DAVID FERS, ALCOHOL
TOBACCO & FIREARMS CRIMINAL
INVESTIGATIONS DIVISION OFFICER
MARK MACPHERSON, ALCOHOL TOBACCO
& FIREARMS CRIMINAL INVESTIGATIONS
DIVISION OFFICER KELLY MAEDA,
ALCOHOL TOBACCO & FIREARMS
CRIMINAL INVESTIGATIONS DIVISION
OFFICER RYAN SPENCER, DEPARTMENT
OF THE TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION OFFICER
CHRISTOPHER J. GUST, I.R.S. RICS/IVO

<u>VERIFICATION</u>

| | |
|---|---|
| CONNECTICUT STATE REPUBLIC | } |
| | }ss: |
| FAIRFIELD COUNTY | } |

I, Joel Adeyemi Omotosho, hereby verify that the foregoing statements made by me in

the within Notice of Compliance with fully filing redacted Exhibits of the above entitled Civil

R.I.C.O. Complaint for Agency Review to the Clerk of Court on December 20, 2018 are true and

correct to the best of my knowledge and belief and I affirm under penalty of perjury that I have

personal firsthand knowledge of those statements, so help me God.

Date: January 7, 2019.

Respectfully,

_____
Joel Adeyemi Omotosho

Affirmed and Ascribed Before Me This
'7  day of January, 2019.

_____
Notary

PRINCE ALEXANDER SCOTT
Notary Public
Connecticut
My Commission Expires Nov 30, 2020

CERTIFICATION OF SERVICE

I, Joel Adeyemi Omotosho, hereby verify that on January 7, 2019, I sent a true and

correct copy of the foregoing Notice of Compliance with fully filing redacted Exhibits to the

Court of Federal Claims regarding the above entitled Civil R.I.C.O. Complaint for agency review

via United States Postal Service mail to the following Party(s):

> KATHERINE R. POWERS, ESQ.
> U.S. Department of Justice, Tax Division
> P.O. Box 26
> Ben Franklin Post Office
> Washington, D.C. 20044

Joel Adeyemi Omotosho

Joel Omotosho
53 Park Terrace
Bridgeport CT 06604



$1.42

UNITED STATES COURT OF FEDERAL CLAIMS
HOWARD T. MARKEY NATIONAL COURTS BUILDING
717 MADISON PLACE, NW
WASHINGTON, DC. 20439

Attn: OFFICE OF THE CLERK OF THE COURT