# In the United States Court of Federal Claims

No. 18-1387T

(Filed: February 4, 2019)

| | |
|---|---|
| JOHN W. BARRY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On January 7, 2019, the Clerk's office received a proffered submission ostensibly from plaintiff Barbara W. Griffin, but not signed by her. The submission was not filed by the clerk primarily because it was not signed by the party plaintiff, but rather by Eurich Z. Griffin III, as attorney in fact for the plaintiff. That is improper under the court's rules. The submission was provided to the assigned judge for disposition.

Given the unsigned nature of the submission, it shall be returned to the submitting person, unfiled.

It is so ORDERED.

_____
Charles F. Lettow
Senior Judge